UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-14165-CV-MIDDLEBROOKS/McCabe

JOSHUA S. RHODEN,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE**

THIS CAUSE comes before the Court upon Magistrate Judge Ryon M. McCabe's Report and Recommendation ("Report"), issued on May 9, 2023. (DE 20). The Report recommends denying Plaintiff's Motion for Summary Judgment (DE 16), granting Defendant's Motion for Summary Judgment (DE 18), affirming the Commissioner's final decision, and entering final judgment in favor of Defendant.

The deadline to file objections to the Report elapsed on May 23, 2023. No objections have been made to date. After a careful review of Judge McCabe's Report and the record as a whole in this case, I agree with the Report's recommendations.

Accordingly, it is **ORDERED AND ADJUDGED** that:

(1) The Report (DE 20) is **ADOPTED**.

(2) Consistent with the Report, Plaintiff's Motion for Summary Judgment (DE 16) is **DENIED.**

(3) Consistent with the Report, Defendant's Motion for Summary Judgment (DE 18) is **GRANTED.**

(4) The Commissioner's final decision is **AFFIRMED**.

(5) Final Judgment will be entered by separate order.

**SIGNED** in Chambers at West Palm Beach, Florida this 31st day of May, 2023.

                                                  Donald M. Middlebrooks
                                                  United States District Judge

cc:      Honorable Ryon M. McCabe
          Counsel of Record